JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY HOLLIDAY, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>MVM, INC.,<br><br>   Defendant. | Case No. CV 08-07924 DMG (AJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's March 2, 2011 Order re Parties' Cross-Motions for Summary Judgment [Doc. #98], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant MVM, Inc. and against Plaintiff Perry Holliday and the Plaintiff class certified on June 26, 2009 [Doc. #36], who shall take nothing.

**IT IS SO ORDERED**.

DATED: March 9, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE